HON. RONALD LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE HARRIS, ALEXANDER GONZALEZ, ELIZABETH TAPIA, AURORA TAPIA, REBECCA MIRANDA, and ANTHONY WINTON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF WASHINGTON; PEGGY SHAW, individually and in his/her official capacity acting under color of state law; ROCKY STEPHENSON, individually and in his/her official capacity acting under color of state law; NATALIE THOMAS, individually and in his/her official capacity acting under color of state law; MARY BROMBERG, individually and in his/her official capacity acting under color of state law; TAMMY INSELMAN, individually and in his/her official capacity acting under color of state law; MISTY DUTEY-SEBASTIAN, individually and in his/her official capacity acting under color of state law; RAYMOND HOWELL, individually and in his/her official capacity acting under color of state law; GINNI CARTER, individually and in his/her official capacity acting under color of state law; JOYCE KELLMAN, individually and in his/her official capacity acting under color of state law; MATTHEW CLEARY, JR., individually and in | No. C11-05936-RBL<br><br>PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES |

DISCLOSURE-1.
Case No. C11-05936-RBL

MESSINA BULZOMI CHRISTENSEN, P.S.
5316 Orchard Street West
Tacoma WA 98467
(253) 472-6000

his/her official capacity acting under color of state law; GARY FONTAINE, individually and in his/her official capacity acting under color of state law; KAREN BALDYGA, individually and in his/her official capacity acting under color of state law; SUZANNE AMANT, individually and in his/her official capacity acting under color of state law; SOPHIA GILES, individually and in his/her official capacity acting under color of state law; DIANE SCHWARTZ, individually and in his/her official capacity acting under color of state law; CHARLOTTE NEWPORT, individually and in his/her official capacity acting under color of state law; SU OLSON, individually and in his/her official capacity acting under color of state law; EAVANNE O'DONOGHUE, individually and in his/her official capacity acting under color of state law; KARL SNYDER, individually and in his/her official capacity acting under color of state law; MARK WIDAMAN, individually and in his/her official capacity acting under color of state law; ELLYN TURNER, individually and in his/her official capacity acting under color of state law; MARGARET SHAW, individually and in his/her official capacity acting under color of state law; MOLLY MEE, individually and in his/her official capacity acting under color of state law,

Defendants.

In compliance with Local Rule CR 26(a)(2)(B), plaintiffs submit the following:

1. Jon R. Conte, Ph.D.
   PO Box 1459
   Mercer Island, WA 98040
   (206) 543-1001

Please see the attached reports of Dr. Conte in which he expresses his opinions in each Plaintiff's case. Dr. Conte relied on his interviews of the plaintiffs and referred to the following records to form his opinions:

DISCLOSURE-2.
Case No. C11-05936-RBL

MESSINA BULZOMI CHRISTENSEN, P.S.
5316 Orchard Street West
Tacoma WA 98467
(253) 472-6000

- **For Elizabeth Tapia**: University Place Pediatrics, Catholic Community Services, Comprehensive Mental Health Center, Tacoma School District, Kitsap Mental Health Services, Greater Lakes Mental Health, Mary Bridge Hospital, and DSHS CSD file;

- **For Alexander Gonzalez**: University Place Pediatrics, Comprehensive Mental Health, Tacoma School District, Federal Way School District, and Tacoma General Hospital;

- **For Michelle Harris**: University Place Pediatrics, Tacoma School District, Kitsap Mental Health Services, Catholic Community Services, Comprehensive Mental Health, Tacoma Family Medicine, Greater Lakes Mental Health, West Sound Treatment Center, Tacoma Family Medicine, and Mary Bridge Hospital;

- **For Aurora Tapia**: University Place Pediatrics, Tacoma School District, Good Sam Behavior Health, Greater Lakes Mental Health, Comprehensive Mental Health, and Mary Bridge Hospital;

- **For Rebecca Miranda**: Comprehensive Mental Health, Bethel School District, University Place Pediatrics, Good Sam Behavioral Health, and Tacoma School District; and

- **For Anthony Winton**: University Place Pediatrics, Tacoma School District, Meridian High School, Coeur D'Alene Academy, and Comprehensive Mental Health.

Dr. Conte also reviewed the following:

- Lakewood Police Department records related to Juanita Miranda;

- Tacoma Police Department records related to Jose and Juanita Miranda and;

- Plaintiffs' Second Amended Complaint.

It is unknown which exhibits Dr. Conte will use at trial, but some of the records he has reviewed may be used during his testimony.

Please see the attached CV of Dr. Conte, which includes his experience, qualifications and a list of publications authored by him in the last 10 years.

Please see the attached list of cases in which Dr. Conte has testified as an expert, at trial or by deposition.

Dr. Conte is paid $400 an hour for case work other than testimony and $500 an hour for deposition and trial testimony.

DISCLOSURE-3.
Case No. C11-05936-RBL

MESSINA BULZOMI CHRISTENSEN, P.S.
5316 Orchard Street West
Tacoma WA 98467
(253) 472-6000

1  2.   Cloie B. Johnson, MEd, ABVE
        OSC Vocational
2       10132 NE 185th St.
        Bothell, WA 98011
3       (425) 486-4040

4        Please see the attached reports of Ms. Johnson in which she expresses her opinions in

5  each plaintiff's case.

6        Ms. Johnson referred to the school and medical records for each plaintiff, listed above

7  under Dr. Conte's disclosure, her interview with each plaintiff and the report of Dr. Conte to

8  form her opinions.

9        It is unknown which exhibits Ms. Johnson will use at trial, but some of the records he has

10 reviewed may be used during his testimony.

11       Please see the attached CV of Ms. Johnson, which includes her experience, qualifications

12 and a list of publications authored by her in the last 10 years.

13       Please see the attached list of cases in which Ms. Johnson has testified as an expert, at

14 trial or by deposition.

15       Ms. Johnson is paid $206 an hour for work other than testimony and $306 an hour for

16 deposition and trial testimony.

17 3.   Katherine A. Kent, Esq.
        1200 Fifth Ave, Ste 2020
18      Seattle, WA 98101
        (206) 382-0000
19

20       Please see the attached report of Ms. Kent in which she expresses her opinions regarding

21 the plaintiffs' cases and the negligence of the defendants.

22       Ms. Kent referred to all of the exhibits listed in Plaintiff's Initial Disclosures and the

23 discovery sent by the defendant to date to form her opinions.

24

DISCLOSURE-4.
Case No. C11-05936-RBL

MESSINA BULZOMI CHRISTENSEN, P.S.
5316 Orchard Street West
Tacoma WA 98467
(253) 472-6000

1  It is unknown which exhibits Ms. Kent will use at trial, but some of the records she has
2  reviewed may be used during her testimony.

3  Please see the attached CV of Ms. Kent, which includes her experience, qualifications, a
4  list of publications authored by her in the last 10 years and a list of cases in which Ms. Kent has
5  testified as an expert, at trial or by deposition.

6  Ms. Kent is paid $275 an hour for case work other than testimony and $400 an hour for
7  deposition and trial testimony.

8  4.   Robert W. Moss
       Moss & Associates
9      2401 Fourth Ave Ste 860
       Seattle, WA 98121
10     (206) 441-6122

11  Please see the attached reports of Mr. Moss in which he expresses his opinions in each
12  Plaintiff's case.

13  Mr. Moss referred to the education records of plaintiffs and the reports of Cloie Johnson
14  and Dr. Conte to form his opinions.

15  It is unknown which exhibits Mr. Moss will use at trial, but some of the records he has
16  reviewed may be used during his testimony.

17  Please see the attached CV of Mr. Moss, which includes his experience, qualifications
18  and a list of publications authored by him in the last 10 years.

19  Please see the attached list of cases in which Mr. Moss has testified as an expert, at trial
20  or by deposition.

21  Mr. Moss is paid $375 an hour for work other than testimony and $475 an hour for
22  deposition and trial testimony.

23

24

DISCLOSURE-5.
Case No. C11-05936-RBL

MESSINA BULZOMI CHRISTENSEN, P.S.
5316 Orchard Street West
Tacoma WA 98467
(253) 472-6000

1  5.  Daniel Pollack, J.D.
       Yeshiva University
2      2495 Amsterdam Avenue
       Room 818
3      New York, NY 10033
       (212) 960-0836
4
   Please see the attached report of Dr. Pollock in which he expresses his opinions.
5
   Dr. Pollock referred to all of the exhibits listed in Plaintiffs' Initial Disclosures and the
6
discovery sent by the defendant to date to form his opinions.
7
   It is unknown which exhibits Dr. Pollock will use at trial, but some of the records he has
8
reviewed may be used during his testimony.
9
   Please see the attached CV of Dr. Pollock, which includes his experience, qualifications
10
and a list of publications authored by him in the last 10 years.
11
   Please see the attached list of cases in which Dr. Pollock has testified as an expert at
12
deposition. He has not testified as an expert in a trial.
13
   Dr. Pollock is paid $370 an hour for case work other than testimony and $4,500 for a day
14
of deposition and trial testimony.
15
16 6.  Jane W. Ramon
       35 Seaward Way
       North Eastham, MA 02651-0602
17     (508) 240-3458

18  Please see the attached report of Ms. Ramon in which she expresses her opinions
19 regarding the plaintiffs' cases and the negligence of defendants.
20  Ms. Ramon referred to all of the exhibits listed in Plaintiffs' Initial Disclosures and the
21 discovery sent by the defendant to date to form her opinions.
22  It is unknown which exhibits Ms. Ramon will use at trial, but some of the records he has
23 reviewed may be used during his testimony.
24

DISCLOSURE-6.                              MESSINA BULZOMI CHRISTENSEN, P.S.
Case No. C11-05936-RBL                                5316 Orchard Street West
                                                         Tacoma WA 98467
                                                           (253) 472-6000

1  Please see the attached CV of Ms. Ramon, which includes her experience, qualifications
2  and a list of presentations she has conducted in the previous 10 years. Ms. Ramon has not
3  published any articles or other works.

4  Please see the attached list of other cases in which Ms. Ramon has testified as an expert,
5  at trial or by deposition.

6  Ms. Ramon is paid $200 an hour for research and reports and $250 an hour for testimony.

7  Plaintiffs reserve the right to supplement with additional expert witnesses.

8  Plaintiffs reserve the right to call any witness identified by the defendants.

9  DATED this 12 day of September, 2012.

MESSINA BULZOMI CHRISTENSEN

By_____
STEPHEN L. BULZOMI      15187
JOHN R. CHRISTENSEN    18860
JEREMY A. JOHNSTON     34149
Attorneys for Plaintiffs

DISCLOSURE-7.
Case No. C11-05936-RBL

MESSINA BULZOMI CHRISTENSEN, P.S.
5316 Orchard Street West
Tacoma WA 98467
(253) 472-6000

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this day I caused to be delivered a true and correct copy of the foregoing document to the following counsel of record:

| PARTY/COUNSEL | DELIVERY METHOD |
|---|---|
| COUNSEL FOR DEFENDANT<br>Peter J. Helmberger, Esq.<br>Office of the Attorney General<br>Tacoma Division<br>1250 Pacific Ave Ste 105<br>Tacoma, WA 98401 | ☐ U.S. Mail, 1st Class Postage<br>☐ Legal Messenger<br>☐ Facsimile<br>☒ Electronic Mail<br>☐ Other: _____ |

DATED: 9/19/12

_____
DEBI DAVIS, LEGAL ASSISTANT

DISCLOSURE-8.
Case No. C11-05936-RBL

MESSINA BULZOMI CHRISTENSEN, P.S.
5316 Orchard Street West
Tacoma WA 98467
(253) 472-6000