HON. RONALD LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE HARRIS, ALEXANDER GONZALEZ, ELIZABETH TAPIA, AURORA TAPIA, REBECCA MIRANDA, and ANTHONY WINTON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF WASHINGTON, et al,<br><br>Defendants. | No. C11-05936-RBL<br><br>NOTICE OF SETTLEMENT |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

COME NOW the parties above-named and provide notice to the court that a settlement agreement has been reached in this matter. This notice is provided pursuant to LCR 11(b).

| MESSINA BULZOMI CHRISTENSEN | OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF WASHINGTON |
|---|---|
| *[signature]* | *[signature]* 34149 For |
| JEREMY A. JOHNSTON          34149<br>STEPHEN L. BULZOMI          15187<br>JOHN R. CHRISTENSEN         18860<br>Attorneys for Plaintiffs<br>5316 Orchard Street West<br>Tacoma, WA 98467<br>(253) 472-6000 | PETER J. HELMBERGER          23041<br>Attorney for Defendant<br>Office of the Attorney General<br>Tacoma Division<br>1250 Pacific Avenue, Suite 105<br>Tacoma, WA 98401<br>(253) 593-5243 |

NOTICE OF SETTLEMENT-1.
CASE NO. C11-05936-RBL

MESSINA BULZOMI CHRISTENSEN, P.S.
5316 Orchard Street West
Tacoma WA 98467
(253) 472-6000