The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHELLE HARRIS, ALEXANDER GONZALEZ, ELIZABETH TAPIA, AURORA TAPIA, REBECCA MIRANDA and ANTHONY WINTON,<br><br>      Plaintiffs,<br><br>vs.<br><br>STATE OF WASHINGTON; PEGGY SHAW, individually and in his/her official capacity acting under color of state law; ROCKY STEPHENSON, individually and in his/her official capacity acting under color of state law; NATALIE THOMAS, individually and in his/her official capacity acting under color of state law; MARY BROMBERG, individually and in his/her official capacity acting under color of state law; TAMMY INSELMAN, individually and in his/her official capacity acting under color of state law; MISTY DUTEY-SEBASTIAN, individually and in his/her official capacity acting under color of state law; RAYMOND HOWELL, individually and in his/her official capacity acting under color of state law; GINNI CARTER, individually and in his/her official capacity acting under color of state law; JOYCE KELLMAN, individually and in his/her official capacity acting under color of state law; MATTHEW CLEARY, JR., individually and in his/her official capacity acting under color of state law; GARY | NO.   C11-05936-RBL<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE    1

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243

| | |
|---|---|
| 1 | FONTAINE, individually and in his/her official capacity acting under color of state law; KAREN BALDYGA, individually and in his/her official capacity acting under color of state law; SUZANNE AMANT, individually and in his/her official capacity acting under color of state law; SOPHIA GILES, individually and in his/her official capacity acting under color of state law; DIANE SCHWARTZ, individually and in his/her official capacity acting under color of state law; CHARLOTTE NEWPORT, individually and in his/her official capacity acting under color of state law; SU OLSON, individually and in his/her official capacity acting under color of state law; EAVANNE O'DONOGHUE, individually and in his/her official capacity acting under color of state law; KARL SNYDER, individually and in his/her official capacity acting under color of state law; MARK WIDAMAN, individually and in his/her official capacity acting under color of state law; ELLYN TURNER, individually and in his/her official capacity acting under color of state law; MARGARET SHAW, individually and in his/her official capacity acting under color of state law; MOLLY MEE, individually and in his/her official capacity acting under color of state law,<br><br>                         Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Michelle Harris, Alexander Gonzalez, Elizabeth Tapia, Aurora Tapia, Rebecca Miranda and Anthony Winton, and in their personal capacity, acting by and through their attorney Jeremy A. Johnston, and the Defendants State of Washington, Peggy Shaw, Rocky Stephenson, Natalie Thomas, Mary Bromberg, Tammy Inselman, Misty Dutey-Sebastian, Raymond Howell, Ginni Carter, Joyce Kellman, Matthew Cleary Jr., Karen Baldyga, Suzanne Amant, Sophia Giles, Diane Schwartz, Charlotte Newport, Su Olson, Eavanne O'Donoghue, Karl Snyder, Mark Widaman, Ellyn Turner, Gary Fontaine, Margaret Shaw and Molly Mee, acting by and through Robert M.

McKenna, Attorney General, and Peter J. Helmberger, Assistant Attorney General, that the above-entitled action as to Defendants State of Washington, Peggy Shaw, Rocky Stephenson, Natalie Thomas, Mary Bromberg, Tammy Inselman, Misty Dutey-Sebastian, Raymond Howell, Ginni Carter, Joyce Kellman, Matthew Cleary Jr., Karen Baldyga, Suzanne Amant, Sophia Giles, Diane Schwartz, Charlotte Newport, Su Olson, Eavanne O'Donoghue, Karl Snyder, Mark Widaman, Ellyn Turner, Gary Fontaine, Margaret Shaw and Molly Mee may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiffs and the Defendants.

DATED this 14 day of December, 2012.

ROBERT M. MCKENNA
Attorney General

*/s/Peter J. Helmberger*
PETER J. HELMBERGER WSBA #23041
Assistant Attorney General
Attorneys for Defendants

MESSINA BULZOMI CHRISTENSEN

*/s/Jeremy A. Johnston*
JEREMY A. JOHNSTON, WSBA #34149
Attorney for Plaintiffs

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendants State of Washington, Peggy Shaw, Rocky Stephenson, Natalie Thomas, Mary Bromberg, Tammy Inselman, Misty Dutey-Sebastian, Raymond Howell, Ginni Carter, Joyce Kellman, Matthew Cleary Jr., Karen Baldyga, Suzanne Amant, Sophia Giles, Diane Schwartz, Charlotte Newport, Su Olson, Eavanne O'Donoghue, Karl Snyder, Mark Widaman, Ellyn Turner, Gary Fontaine, Margaret Shaw and Molly Mee shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DONE IN OPEN COURT this _____ day of December, 2012.

JUDGE RONALD. B. LEIGHTON

| | |
|---|---|
| 1 | ROBERT M. MCKENNA |
| | Attorney General |
| 2 | |

*/s/ Peter J. Helmberger*
PETER J. HELMBERGER, WSBA No. 23041
Assistant Attorney General
Attorneys for Defendants

Approved as to form/Notice
of Presentation Waived:

MESSINA BULZOMI CHRISTENSEN

*/s/ Jeremy A. Johnston*
JEREMY A. JOHNSTON, WSBA #34149
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14 day of December, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeremy A. Johnston | jj@messinalaw.com |
| Stephen L. Bulzomi | sbulzomi@messinalaw.com |
| John R. Christensen | jrchristensen@messinalaw.com |

ROBERT M. MCKENNA
Attorney General

*/s/ Peter J. Helmberger*
PETER J. HELMBERGER, WSBA No. 23041
Assistant Attorney General
Attorneys for Defendants