**HONORABLE RONALD B. LEIGHTON**

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

9

10  MICHELLE HARRIS, ALEXANDER
GONZALEZ, ELIZABETH TAPIA,
11  AURORA TAPIA, REBECCA
MIRANDA and ANTHONY WINTON,

12

13                      Plaintiffs,

vs.

14  STATE OF WASHINGTON; PEGGY
SHAW, individually and in his/her official
15  capacity acting under color of state law;
ROCKY STEPHENSON, individually and
16  in his/her official capacity acting under
color of state law; NATALIE THOMAS,
17  individually and in his/her official capacity
acting under color of state law; MARY
18  BROMBERG, individually and in his/her
official capacity acting under color of state
19  law; TAMMY INSELMAN, individually
and in his/her official capacity acting
20  under color of state law; MISTY DUTEY-
SEBASTIAN, individually and in his/her
21  official capacity acting under color of state
law; RAYMOND HOWELL, individually
22  and in his/her official capacity acting
under color of state law; GINNI CARTER,
23  individually and in his/her official capacity
acting under color of state law; JOYCE
24  KELLMAN, individually and in his/her
official capacity acting under color of state
25  law; MATTHEW CLEARY, JR.,
individually and in his/her official capacity
26  acting under color of state law; GARY

NO.   C11-05936-RBL

STIPULATED ORDER OF
DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | FONTAINE, individually and in his/her official capacity acting under color of state |
| 2 | law; KAREN BALDYGA, individually and in his/her official capacity acting |
| 3 | under color of state law; SUZANNE AMANT, individually and in his/her |
| 4 | official capacity acting under color of state law; SOPHIA GILES, individually and in |
| 5 | his/her official capacity acting under color of state law; DIANE SCHWARTZ, |
| 6 | individually and in his/her official capacity acting under color of state law; |
| 7 | CHARLOTTE NEWPORT, individually and in his/her official capacity acting |
| 8 | under color of state law; SU OLSON, individually and in his/her official capacity |
| 9 | acting under color of state law; EAVANNE O'DONOGHUE, individually |
| 10 | and in his/her official capacity acting under color of state law; KARL SNYDER, |
| 11 | individually and in his/her official capacity under color of state law; MARK |
| 12 | WIDAMAN, individually and in his/her official capacity acting under color of state |
| 13 | law; ELLYN TURNER, individually and in his/her official capacity acting under |
| 14 | color of state law; MARGARET SHAW, individually and in his/her official capacity |
| 15 | acting under color of state law; MOLLY MEE, individually and in his/her official |
| 16 | capacity acting under color of state law, |
| 17 | Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Michelle
Harris, Alexander Gonzalez, Elizabeth Tapia, Aurora Tapia, Rebecca Miranda and Anthony
Winton, and in their personal capacity, acting by and through their attorney Jeremy A. Johnston,
and the Defendants State of Washington, Peggy Shaw, Rocky Stephenson, Natalie Thomas,
Mary Bromberg, Tammy Inselman, Misty Dutey-Sebastian, Raymond Howell, Ginni Carter,
Joyce Kellman, Matthew Cleary Jr., Karen Baldyga, Suzanne Amant, Sophia Giles, Diane
Schwartz, Charlotte Newport, Su Olson, Eavanne O'Donoghue, Karl Snyder, Mark Widaman,
Ellyn Turner, Gary Fontaine, Margaret Shaw and Molly Mee, acting by and through Robert M.

McKenna, Attorney General, and Peter J. Helmberger, Assistant Attorney General, that the above-entitled action as to Defendants State of Washington, Peggy Shaw, Rocky Stephenson, Natalie Thomas, Mary Bromberg, Tammy Inselman, Misty Dutey-Sebastian, Raymond Howell, Ginni Carter, Joyce Kellman, Matthew Cleary Jr., Karen Baldyga, Suzanne Amant, Sophia Giles, Diane Schwartz, Charlotte Newport, Su Olson, Eavanne O'Donoghue, Karl Snyder, Mark Widaman, Ellyn Turner, Gary Fontaine, Margaret Shaw and Molly Mee may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiffs and the Defendants.

DATED this 14 day of December, 2012.

ROBERT M. MCKENNA
Attorney General

*/s/Peter J. Helmberger*
PETER J. HELMBERGER WSBA #23041
Assistant Attorney General
Attorneys for Defendants

MESSINA BULZOMI CHRISTENSEN

*/s/Jeremy A. Johnston*
JEREMY A. JOHNSTON, WSBA #34149
Attorney for Plaintiffs

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendants State of Washington, Peggy Shaw, Rocky Stephenson, Natalie Thomas, Mary Bromberg, Tammy Inselman, Misty Dutey-Sebastian, Raymond Howell, Ginni Carter, Joyce Kellman, Matthew Cleary Jr., Karen Baldyga, Suzanne Amant, Sophia Giles, Diane Schwartz, Charlotte Newport, Su Olson, Eavanne O'Donoghue, Karl Snyder, Mark Widaman, Ellyn Turner, Gary Fontaine, Margaret Shaw and Molly Mee shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DONE IN OPEN COURT this 17th day of December, 2012.

Ronald B. Leighton
United States District Judge

ROBERT M. MCKENNA
Attorney General

/s/ Peter J. Helmberger
PETER J. HELMBERGER, WSBA No. 23041
Assistant Attorney General
Attorneys for Defendants

Approved as to form/Notice
of Presentation Waived:

MESSINA BULZOMI CHRISTENSEN

/s/ Jeremy A. Johnston
JEREMY A. JOHNSTON, WSBA #34149
Attorney for Plaintiffs